IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONNA LEE JONES                                                                              PLAINTIFF

vs.                                         Civil No. 1:16-cv-01008

CAROLYN W. COLVIN                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this 15th day of December 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE